UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPA DE SOLEIL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL STAR INDEMNITY COMPANY; AND DOES 1 TO 100,<br><br>Defendants. | CASE NO. CV10 9187 SVW (FFMx)<br><br>*Case Assigned to Hon. Stephen V. Wilson, Courtroom 6*<br><br>[PROPOSED] FINAL JUDGMENT IN FAVOR OF DEFENDANT GENERAL STAR INDEMNITY COMPANY |
| and related Counterclaim | |



Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby enters a Final Judgment in favor of Defendant General Star Indemnity Company ("General Star") as to all claims between General Star and Spa De Soleil, Inc. ("Spa") that were resolved by the Court when it granted summary judgment in favor of General Star in this matter. Accordingly, the Court ORDERS, ADJUDGES AND DECREES as follows:

1. Judgment is entered in favor of General Star.
2. Declaratory judgment is entered for General Star and against Spa, specifically finding that General Star's policy provides no potential for coverage to Spa with respect to the *Issimo* lawsuit.

3. Spa's complaint against General Star is dismissed with prejudice.
4. General Star is entitled to an award of costs pursuant to Local Rule 54-4.

IT IS SO ORDERED.

DATED: 6/7/11

_____
District Court Judge